IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIAM OGLE**                                                                                           **PLAINTIFF**

v.                          **CASE NO. 2:21-CV-00128-BSM**

**COVENANT TRANSPORT INC,** *et al.*                                               **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 25], this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE