IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIAM OGLE**                                                                                       **PLAINTIFF**

v.                              **CASE NO. 2:21-CV-00128-BSM**

**COVENANT TRANSPORT INC,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE